IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 20 C 5391 |
| ECUALINES ENTERPRISES, INC., a dissolved ) | |
| Illinois corporation, ) | JUDGE JOHN ROBERT BLAKEY |
| ) | |
| Defendant. ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on April 26, 2022 [Dkt. 30] request this Court enter judgment against Defendant, ECUALINES ENTERPRISES, INC., a dissolved Illinois corporation, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On April 26, 2022, this Court entered default against Defendant and ordered Plaintiffs to file its motion for entry of judgment by May 3, 2022.

2. On April 26, 2021, Plaintiffs' auditors completed an audit of the Defendant's payroll books and records for the audit period April 7, 2017 through April 26, 2021. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $2,739.51, plus $499.41 for twenty (20%) percent liquidated damages and $1,553.98 for interest, for a total of $4,792.90. (See Affidavit of Richard J. Clarson).

3. Plaintiffs' auditing firm of MacNell Accounting & Consulting, LLP charged Plaintiffs $2,134.00 to perform the audit examination and complete the report and the Funds are entitled to recover said fees under their Trust Agreements (Clarson Aff. Par. 7).

4. In addition, Plaintiffs' firm has expended $511.00 for costs and $6,543.75 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $13,981.65.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $13,981.65.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\731exc\Ecualines Enterprises\motion for entry of judgment.cms.df.wpd

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 3rd day of May 2022:

      Mr. Miguel A. Tenemaza, President
      Ecualines Enterprises, Inc.
      4943 W. Fulton Street
      Chicago, IL 60644-5291

                /s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\731exc\Ecualines Enterprises\motion for entry of judgment.cms.df.wpd